IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| HENRY C. GREGORY, JR. § | |
| § | |
| v. § | CIVIL ACTION NO. G-04-375 |
| § | |
| JO ANNE BARNHART, COMMISSIONER § | |
| OF SOCIAL SECURITY § | |

## ORDER

Before the Court is Plaintiff Henry C. Gregory, Jr.'s Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412(d). That statute provides, in part, that:

> A Court shall award to a prevailing party [in certain suits against the United States] . . . fees and other expenses . . . unless the Court finds that the position of the United States was substantially justified.

28 U.S.C. § 2412(d)(1)(A). Attorneys who successfully represent persons seeking benefits under the Social Security Act fall within the attorney's fee provisions of the EAJA. *Herron v. Bowen*, 788 F.2d 1127 (5th Cir. 1986). The Court remanded the instant case to the Commissioner on April 19, 2005. The Defendant has not opposed Plaintiff's request.

Plaintiff has submitted an itemized list of services showing that 30.40 hours were expended on this case. The EAJA provides that attorney's fees shall be limited to $125 an hour "unless the court determines that an increase in the cost of living . . . justifies a higher fee." 28 U.S.C. § 22412(d)(2)(A). Plaintiff claims the hourly rate should be set at $152.61 based on the Department of Labor's Consumer Price Index ("CPI"), as it is calculated for Dallas/Ft. Worth, Texas. The Court's review of the data submitted by the Commissioner shows that his calculation

is correct and that attorney's fees should be set at $4,639.32 (30.40 hours x $152.61 per hour). In addition, Plaintiff is entitled to filing fees and costs in the amount of $239.81.

For all these reasons, the Court finds that Plaintiff's Motion for Attorney's Fees (Instrument No. 17) is **GRANTED** in the amount of $4,879.15.

**IT IS SO ORDERED**.

**DONE** in Galveston, Texas, this 13th day of June, 2005.

_____
Samuel B. Kent
United States District Judge


_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE